No. 205. JOHNSTON *v.* MARSHALL, DEPUTY COMMISSIONER, ET AL. October 12, 1942. Motion for leave to proceed *in forma pauperis* granted. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Ben Anderson* for petitioner.

No. 208. VILES *v.* UNITED STATES. October 12, 1942. Motion for leave to proceed *in forma pauperis* granted. Petition for writ of certiorari to the Court of Claims denied. *Edmond L. Viles, pro se. Solicitor General Fahy* and *Assistant Attorney General Shea* for the United States.

No. 209. BUXTON *v.* AMRINE, WARDEN. October 12, 1942. Motion for leave to proceed *in forma pauperis* granted. Petition for writ of certiorari to the Supreme Court of Kansas denied. *Herbert Buxton, pro se.*

No. 215. MOORE *v.* UNITED STATES. October 12, 1942. Motion for leave to proceed *in forma pauperis* granted. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. James F. Kemp* for petitioner. *Solicitor General Fahy, Assistant Attorney General Berge,* and *Mr. Oscar A. Provost* for the